

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The Appellant's Motion to Consolidate Appeals is **DENIED**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_____
Keith E. Hottle
Clerk of Court